IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HUBERT JACKSON,                )
      Petitioner,              )
                               )
vs.                            )    Civil Action No. 11-1594
                               )
STEPHAN A. ZAPPALA, et al.,    )
      Respondents.             )

## O R D E R

AND NOW, this 25th day of January, 2012, after the petitioner, Hubert Jackson, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by petitioner, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 6), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner Hubert Jackson (Docket No. 5) is transferred forthwith to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631 as a successive petition.
.

          /s/ Joy Flower Conti
          Joy Flowers Conti
          United States District Judge

cc:    Hubert Jackson
       AJ-2373
       SCI Somerset
       1600 Walters Mill Road
       Somerset, PA 15510